McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Jonathan W. Carlson
Nevada Bar No. 10536
   *jonathan.carlson@mccormickbarstow.com*
Cheryl A. Grames
Nevada Bar No. 12752
   *cheryl.grames@mccormickbarstow.com*
Stacy Norris
Nevada Bar No. 15445
   *stacy.norris@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:  (702) 949-1100
Facsimile:   (702) 949-1101

Attorneys for GEICO CASUALTY COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SUNI BOWLING, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>GEICO CASUALTY COMPANY, a Nebraska Corporation; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>    Defendants. | Case No. 2:23-cv-01184-JCM-BNW<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED between the parties named above, by and through their respective counsel of record, that the above-entitled matter be dismissed with prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
8337 West Sunset
Road, Suite 350
Las Vegas, NV 89113

Case No. 2:23-cv-01184-JCM-BNW
STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

Re: Bowling v. GEICO, et al.
Case No. 2:23-cv-01184-JCM-BNW

Each party will bear their own costs and attorneys' fees.

DATED this 11 day of Jan, 2024

THE702FIRM

By _____
Michael C. Kane, Nevada Bar No. 10096
Bradley J. Myers, Nevada Bar No. 8857
Matthew P. Pawlowski, Nevada Bar No. 9889
8335 W. Flamingo Road
Las Vegas, Nevada 89147
Tel. (702) 776-3333

Attorneys for Plaintiff

DATED this 16th day of January, 2024

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By _____
Jonathan W. Carlson, Nevada Bar No. 10536
Cheryl A. Grames, Nevada Bar No. 12752
Stacy Norris, Nevada Bar No. 15445
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Tel. (702) 949-1100

Attorneys for GEICO CASUALTY COMPANY

## ORDER

IT IS SO ORDERED.

DATED January 17, 2024.

_____
UNITED STATES DISTRICT JUDGE

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of January, 2024, a true and correct copy of **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By /s/ Cheryl A. Schneider
Cheryl A. Schneider, an Employee of
McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 WEST SUNSET
ROAD, SUITE 350
LAS VEGAS, NV 89113

3    Case No. 2:23-cv-01184-JCM-BNW
STIPULATION AND ORDER TO DISMISS WITH PREJUDICE